FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

ALAN MAXWELL DYER
et, al. "See attachment 1A"

CV423-101

_____

(Enter above full name of plaintiff or plaintiffs)

v.

LIBERTY COUNTY JAIL

_____

(Enter above full name of defendant or defendants)

I.    Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes ____ No ✓

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.   Parties to this previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

   2.   Court (if federal court, name the district; if state court, name the county):

        _____

   3.   Docket number: _____

   4.   Name of judge assigned to case: _____

1A

ALAN MAXWELL DYER
   (Plaintiff or Petitioner)

V.

LIBERTY COUNTY JAIL
et, al.

Officer Gamble
Officer Wise
Officer Barnes

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?      Yes _____   No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _____   No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (name the district):

   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ____ No ____

1. If your answer to C is yes, name the court and docket number for each case:

_____  _____
_____  _____
_____  _____
_____  _____

II. Place of present confinement: **LIBERTY COUNTY JAIL**

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ✓ No ____

C. If your answer to B is yes:

1. What steps did you take? **Spoke with the Captain of Jail about how multiple officers violated my rights as a pre-trial detainee**

2. What was the result? **No results as of present time in which I am aware of.**

3

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ___  No ___

    If yes, what was the result? _____

D.  If you did not utilize the prison grievance procedure, explain why not: _____

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.  Name of plaintiff: ALAN MAXWELL DYER
    Address: 180 Paul Sikes Dr.
    Hinesville, Ga 31313

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.  Name of defendant: Officer Gamble
    Position: Corporal
    Place of employment: Liberty County Jail
    Current address: 180 Paul Sikes Dr.
    Hinesville, Ga 31313

C.  Additional defendants: See attachment 2a.

4

# Additional Defendants

Name of defendant: Officer Wise
Position: Jailer
Place of employment: LIBERTY COUNTY JAIL
Current address: 180 Paul Sikes Dr.
Hinesville, Ga 31313


Name of defendant: Officer Barnes
Position: Lieutenant
Place of employment: LIBERTY COUNTY JAIL
Current address: 180 Paul Sikes Dr.
Hinesville, Ga 31313

Name of defendant: Officer AKPO
Position: Jailer
Place of employment: LIBERTY COUNTY JAIL
Current address: 180 Paul Sikes Dr.
Hinesville, Ga 31313

IV.  Statement of Claim

> State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, ALAN MAXWELL DYER am stating that the following officers mentioned within this statement did unlawfully commit the action of excessive force, thus violating my eighth amendment right.

On March 30th 2023 at or around 10:30 - 11:00 PM there was a shakedown for C dorm in tower two of the Liberty County Jail. We were taken to booking and scanned for contraband, then placed in a long hallway leading back to the dorm. While in the hallway waiting for jailers to finish their search in the dorm another inmate and I engaged in a verbal argument that became heated but Lieutenant Barnes interrupted it by walking through the hallway door. The other inmate kept talking and was escorted down the hallway.

Another inmate inserted himself into the altercation and tried to hit me but did not make contact. Officers came running down the hallway "See attachment 3A"

5

3 A.

to seperate the other inmate and myself. I was placed in handcuffs with my hands behind my back and escourted through the door towards main control booth. I was still in handcuffs with my hands behind my back while being brought through the door still engaging in arguement with the second inmate when Lieutenant Barnes said that I was the instigator. I turned back towards the door to defend myself against the claim, but before I could get the statement out of my mouth Officer Wise tried to slam me to the ground. I moved in a way to prevent myself from being slammed because I was aware that I was still handcuffed. The handcuffs were not locked into place to avoid injury to my wrist. I found myself screaming on the floor because Officer Gamble shot me with her tazer.

    Officer Gamble shot me with two charges until both were depleated. I was still on the ground when Officer Gamble started dry tazing me in several places. I sustained several wounds from the tazer. On both my right side above my pelvic bone and below my pelvic bone were puncture wounds. On the inside of my left upper thigh in my groin area and on my left hamstring were puncture wounds. On my my right side under my pelvic bone about two inches away is a set of tazer marks from where the gun itself was placed against my body and the trigger was sqeezed.

— continue on 3b —

3b.

Lastly there are aproxamently four stets of tazer marks on my lower abdomen matching the set on my ~~left~~ Right hip below my pelvic bone.

Also from the results of being tazed by officer Gamble I sustained injury to my syadic nerve that was documented on April 3rd, 2023 by the Liberty County Jails doctor. Medications were issued and every injury sustained was documented and can be found in my medical records.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Alan Maxwell Dyer would like for any and all future medical bills pertaining to my injuries fully paid for. Also I would like One Million United States issued dollars, for all psyical, mental, and emotional damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of April, ~~19~~ 20 23.

Prisoner No. 201015

(Signature of Plaintiff)

Alan Maxwell Dyer
#2010015
180 Paul Sikes Dr.
Hinesville, Ga
31313

Liberty County Jail
180 Paul Sikes Dr.
Hinesville, GA 31313

RECEIVED

U.S. Marshals Service
Savannah Georgia

United States District Court
P.O. Box 8286
Savannah, Ga
31412

31412286286 B005