IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALAN MAXWELL DYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV423-101 |
| ) | |
| LIBERTY COUNTY JAIL, OFFICER ) | |
| GAMBLE, OFFICER WISE, OFFICER ) | |
| BARNES, and OFFICER AKPO, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is the Magistrate Judge's June 14, 2023, Report and Recommendation (Doc. 12), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 12) is **ADOPTED** as the Court's opinion in this case. Defendants Liberty County Jail and Officer Akpo are **DISMISSED**.

SO ORDERED this 7th day of August 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).