UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALAN MAXWELL DYER, )
)
Plaintiff, )
)
v. ) CV423-101
)
OFFICER GAMBLE, *et al.*, )
)
Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 19), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiff's Complaint is **DISMISSED**. (Doc. no. 1.) Defendants' Motion to Dismiss is **DISMISSED** as moot. (Doc. no. 17.) The Clerk is **DIRECTED** to close this case.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of October, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA